Order issued November 6, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01463-CV

## IN RE HEIDI AMOS, Relator

**Original Proceeding from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MA10-68776-F**

# ORDER

Before Justices Moseley, FitzGerald, and Myers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

LANA MYERS
JUSTICE